UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


Aaron Kiniry

    v.                                 Civil No. 17-cv-38-LM

Lt. Carroll et al.[1]


**REPORT AND RECOMMENDATION**

Plaintiff Aaron Kiniry's complaint (Doc. No. 1) in this matter, filed pursuant to 42 U.S.C. § 1983, alleges that defendants, New Hampshire State Prison ("NHSP") employees, violated his First and Eighth Amendment rights. After this case was filed, the court issued an Order (Doc. No. 2) directing Kiniry to either pay the filing fee, or file a motion to proceed in forma pauperis by April 3, 2017. Kiniry has done neither.

Despite Kiniry's failure to pay the filing fee, the court conducted a preliminary review of the complaint, pursuant to 28 U.S.C. § 1915A(a) and LR 4.3(d)(1). In an Order issued August 17, 2017, the court directed Kiniry to amend his complaint to

---

[1] Plaintiff has named the following employees of the New Hampshire State Prison as defendants to this action: Lt. Carroll, whose first name is unknown ("FNU"); FNU Totten; Cpl. FNU Wright; Sgt. FNU Lydick; Corrections Officer ("CO") FNU Sake; CO FNU Young; Sgt. FNU Marshall; CO FNU Brownhe; CO FNU O'Donahue; and Maj. FNU Fouts.

name specific defendants to each of his claims, and to state, with specificity, what acts or omissions of those defendants violated his rights.  Kiniry has failed to file an amended complaint.

Kiniry has failed to take any action in regard to this case, or to contact the court, since he first filed this matter in February 2017.  The court sent mail to Kiniry on February 2, March 20, August 17, and September 11, 2017.  None of the mail has been returned to the court, and Kiniry has not notified the court of any change of address.  It appears, therefore, that Kiniry has abandoned this case.  Accordingly, unless Kiniry shows cause as to why this case should not be dismissed within fourteen days of the date of this Report and Recommendation, the district judge should dismiss the case, without prejudice, for failure to pay the filing fee, and for failure to prosecute.

## Conclusion

For the foregoing reasons, the district judge should dismiss this case without prejudice, unless Kiniry can show cause, within fourteen days of the date of this Report and Recommendation, why the matter should not be dismissed.  Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice.  See Fed. R.

Civ. P. 72(b)(2). The fourteen-day period may be extended upon motion. Failure to file specific written objections to the Report and Recommendation within the specified time waives the right to appeal the district court's order. See Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016).

_____
Andrea K. Johnstone
United States Magistrate Judge

March 13, 2018

cc: Aaron Kiniry, pro se